June 11, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

IN THE INTEREST OF D.M.K., C.A.A.K., J.J.K., AND J.A.K., CHILDREN

NO. 14-11-01046-CV

_____

This cause, an appeal from a judgment signed November 29, 2011 terminating the parental rights of I.W.K. and D.K. and appointing the Department of Family and Protective Services permanent managing conservator of the children D.M.K., C.A.A.K., J.J.K., and J.A.K., was heard on the transcript of the record. We have inspected the record and find the trial court erred in failing to appoint counsel to represent I.W.K. at trial. We therefore **REVERSE** the portions of the trial court's judgment terminating I.W.K.'s parental rights and appointing the Department permanent managing conservator of the children; **AFFIRM** the portion of the judgment terminating D.K.'s parental rights; **REINSTATE** the trial court's order appointing the Department temporary managing conservator; and **REMAND** the case for further proceedings in accordance with this court's opinion.

We further order this decision certified below for observance.